DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**1101 S. FEDERAL HIGHWAY, LLC,**
a Florida limited liability company,
Appellant,

v.

**NORTH STAR ENTERTAINMENT FIRM, LLC,**
a Florida limited liability company,
Appellee.

No. 4D19-2287

[February 20, 2020]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE-18-027239 (14).

Eric N. Assouline and Greg M. Popowitz of Assouline & Berlowe, P.A., Dania Beach, and Justin C. Carlin of The Carlin Law Firm, PLLC, Fort Lauderdale, for appellant.

John P. Seiler and Richard J. Zaden of Seiler, Sautter, Zaden, Rimes & Wahlbrink, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***